IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONNIE O'NEAL BROWN,

    Plaintiff,                        No. CIV S-03-2267 FCD PAN P

    vs.

EDWARD S. ALAMEIDA, JR., et al.,

    Defendants.                <u>ORDER</u>

_____/

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On March 1, 2006, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Barry Licita was returned unserved because said defendant could not be located with the information provided. Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the amended complaint filed April 29, 2005;

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for defendant;

    b. Two copies of the endorsed amended complaint filed April 29, 2005; and

    c. One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

DATED: July 27, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/mp
brow2267.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONNIE O'NEAL BROWN,

    Plaintiff,

vs.

EDWARD S. ALAMEIDA, JR., et al.,

    Defendants.

No. CIV S-03-2267 FCD PAN P

NOTICE OF SUBMISSION

OF DOCUMENTS

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    _____ completed summons form

    __1__ completed USM-285 forms

    __2__ copies of the April 29, 2005 Amended Complaint

DATED:

_____
Plaintiff