IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONNIE O'NEAL BROWN,

    Plaintiff,                      No. CIV S-03-2267 FCD PAN P

    vs.

EDWARD S. ALAMEIDA, Jr., et al.,

    Defendants.           <u>ORDER</u>

_____/

        Plaintiff is a former county jail inmate proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.

        The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

        In this case, none of the defendants reside in this district.[1]  The claim arose in Los

---

[1] By order filed December 28, 2005, plaintiff's claims against California Governor Arnold Schwarzenegger were dismissed with leave to amend within forty-five days. Plaintiff did

1

1 Angeles County, which is in the Central District of California.  Therefore, plaintiff's claim
2 should have been filed in the United States District Court for the Central District of California.
3 In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the
4 correct district.  See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir.
5 1974).

      Accordingly, IT IS HEREBY ORDERED that:

      1.  This matter is transferred to the United States District Court for the Central District of California; and

      2.  The Clerk of the Court is directed to serve a copy of this order on the United States Marshal for the Eastern District of California.

DATED:  August 15, 2006.

UNITED STATES MAGISTRATE JUDGE

12
brow2267.21

---

not file a second amended complaint.  This action is therefore proceeding on the claims raised in the first amended complaint against defendants Phillips, Frazier and Licita, none of whom reside in this district.

2